■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JAMES, Appellant. [749 NYS2d 433] —Appeal by the defendant from a judgment of the County Court, Nassau County (Calabrese, J.), rendered April 30, 2001, convicting him of attempted murder in the second degree, criminal use of a firearm in the first degree (two counts), assault in the first degree, criminal possession of a weapon in the second degree, criminal possession of a weapon in the third degree, and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant moved to set aside the verdict based on a claim of newly-discovered evidence. The County Court correctly denied that motion without a hearing (*see* CPL 330.40 [2]; *People v Johnson,* 208 AD2d 562; *People v Lopez,* 104 AD2d

904). The defendant failed to show that the supposedly new evidence could not have been discovered earlier in the exercise of reasonable diligence (*see* CPL 330.30 [3]; *People v Davis,* 43 NY2d 17; *People v Pacheco,* 293 AD2d 629). Further, the defendant failed to show that had the evidence in question been introduced at trial it would have resulted in a different verdict (*see e.g. People v Johnson, supra*; *People v Gomezgil,* 135 AD2d 561).

The defendant's remaining contentions are without merit. Prudenti, P.J., Altman, Friedmann and Rivera, JJ., concur.